COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| | § | No. 08-10-00170-CV |
| IN RE: JAIME LUEVANO, | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
| | § | |
| | § | |

## MEMORANDUM OPINION ON PETITION FOR WRIT OF MANDAMUS

Jaime Luevano, *pro se*, has filed a petition for writ of mandamus requesting this Court to compel the District Attorney and Sheriff of El Paso County to "stop their pattern of harassment campaign and to conspire . . ." against Relator.

This Court does not have authority to issue a writ of mandamus against the Respondents in this case. *See* TEX.GOV'T CODE ANN. § 22.221(b)(Vernon 2004). Therefore, the mandamus relief requested is DENIED.


July 7, 2010

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Rivera, JJ.